The People on the relation of Samuel N. Watson v.
The Judge of the Wayne Circuit Court.

*Service of process on foreign corporations.* Service of summons against a
foreign corporation, on the secretary, is irregular and unauthorized. The
statutes of this state, providing for service of process on various named
corporation officers, only apply to our own corporations, and were not
designed to reach foreign corporations. Except in cases where special provis-
ion has been made otherwise, the remedy, as to foreign corporations, must be
sought as at common law.

*Heard October 31.   Decided November 1.*

Application for *mandamus.*

*D. C. Holbrook,* for the respondent.

*Don M. Dickinson,* for the relator.

Per Curiam.

Service having been returned in the circuit court on a
summons issued in favor of the relator. against a foreign
corporation, as having been made on the secretary, the ser-
vice was set aside as irregular and unauthorized; and a
*mandamus* is asked to vacate that action and restore the
cause.

We think the statute (*Comp. L.,* § 4835) providing for ser-
vice of process on various named corporation officers was not
designed to reach foreign corporations. It could only be made
to do so by interpolating various clauses and qualifications,
which are not in any way referred to by the law, and which
could only be ascertained by decisions from time to time, upon
peculiar circumstances. The statute needs no such modifi-
cation if confined to our own corporations; and we must
assume that as to foreign corporations, except as to cases
where special provision has been made otherwise, the remedy
must be sought as at common law.   See *Newell v. Great
Western R. W. Co., 19 Mich., 336.*

A remedy is given by attachment, when they have inter-ests that can be reached by that process; and, in the case of some corporations, agents are required to be appointed, on whom personal service can be made; and evidence of such agency is required to be preserved, where it will be accessible to the public. In the absence of any such pro-vision, it must be held that the legislature has not thought it necessary to authorize personal service, in a jurisdiction where the corporation is not domiciled.

*Mandamus* refused.